UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
Marilyn Fessler
Debtor(s)

CHAPTER 13
CASE NO: 11-53376
JUDGE: SWR

## STIPULATION ADJOURNING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

The Debtor(s) have made a request to adjourn the originally scheduled Section 341 Meeting of Creditors. The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, hereby agrees to same pursuant to the following conditions:

**IT IS HEREBY STIPULATED** that the originally scheduled Section 341 Meeting of Creditors shall be adjourned to a new date as indicated below, the same to be conducted at 211 West Fort Street, Detroit, Michigan 48226.

*NEW DEBTOR ORIENTATION DATE:* NA   *TIME:* NA
*NEW 341 DATE:* 7/15/11   *TIME:* 10:00 AM

**IT IS FURTHER STIPULATED** that based upon the rescheduling of the Debtor(s) Section § 341 Meeting of Creditors, the Debtor's(s') Confirmation Hearing to be conducted in the Judge's Courtroom, 211 W. Fort Street, Detroit, Michigan, shall be adjourned to:
*NEW CONFIRMATION DATE:* 9/14/11   *TIME:* 9:00 AM

**IT IS FURTHER STIPULATED** that Debtor(s) or Debtor's(s') counsel shall provide no less than twenty (20) days written notice of this adjourned date and time to all parties in interest

**IT IS FURTHER STIPULATED** that Debtor(s) or Debtor's(s') counsel shall file a Proof of Service of same with the Clerk of the Court and forward a time-stamped copy to the Chapter 13 Trustee no later than five (5) days prior to the adjourned meeting of creditors.

**IT IS FURTHER STIPULATED** that the deadline for filing objections to the confirmation of the plan is 21 days from the date the adjourned Section 341 Meeting of Creditors is held.

**IT IS FURTHER STIPULATED** that in the event that the Debtor(s) fail(s) to appear at the adjourned Section 341 Meeting of Creditors, the Trustee may submit an Order of Dismissal or Reconversion to the bankruptcy court along with an Affidavit attesting to the Debtor's(s') failure to appear at the adjourned Section 341 Meeting of Creditors and the proceedings may be thereafter dismissed or reconverted without a further hearing, or notice.

**IT IS FURTHER STIPULATED** that Debtor(s) shall serve 2010 Corp (Cedarbank) ITRTS on the Trustee's office, on or before 7/8/11, and that if not completed by the date specified, the case shall be dismissed or reconverted upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that in the event the Debtor(s) fail(s) to remit 100% of all required Plan payments to the Trustee prior to the adjourned Confirmation Hearing, the proceedings may thereafter be dismissed or reconverted without a further hearing, or notice.

KRISPEN S. CARROLL (P49817)
Chapter 13 Trustee
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

ATTORNEY FOR DEBTOR (P67457)
ERIKA HART
700 E MAPLE RD 2ND FLOOR
BIRMINGHAM MI 48009
ehart@favntlaw.com

PRESS FIRMLY ON HARD SURFACE WITH BALL POINT PEN!

White: *Trustee true copy*   Yellow: *Attorney*   Pink: *Debtor*

11-53376-swr   Doc 16   Filed 06/27/11   Entered 06/27/11 13:16:08   Page 1 of 1