**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                                    CHAPTER 13
                                                     CASE NO. 11-53376-SWR
MARILYN FESSLER,                                     JUDGE STEVEN W RHODES
Debtor.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to debtor's failure to disclose the A/K/A name of debtor on the petition, Marilyn Meister, and your Trustee questions whether proper notice has been given to creditors of the pendency of these proceedings.

2. As debtor's Plan provides that she will remit $5,833.00 in month 1, Trustee objects to debtor's failure to remit that as according to the debtor that is her 2010 income tax refund and adoption subsidy.

3. Trustee objects to debtor's inclusion of the lump sum in Part I.A. of the Chapter 13 Plan where Part I.C. of the Chapter 13 Plan commits tax refunds which the debtor receives or is entitled to receive after commencement of the case.

4. Trustee objects to an inaccurate Worksheet specifically Line 5, thus affecting the estimated percentage to unsecured creditors.

5. The Trustee objects to the failure to provide for several creditors on the Matrix and believes that creditor(s) may not have been adequately advised of the pendency of these proceedings.

6. Trustee questions whether or not debtor receives an adoption subsidy separate from the earned income credit disclosed on her tax returns.

7. As debtor's entire budget for a family of five is only $1,600.20 per month, Trustee objects to the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

8. Trustee requests documentation regarding the assets of M&E Holdings LLC including any tax returns.

9. Trustee requires a copy of the last deed of record and copies of liens and mortgages for any real estate owned.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                                OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                                Krispen S. Carroll, Chapter 13 Trustee


July 27, 2011                   /s/ Margaret Conti Schmidt
                                KRISPEN S. CARROLL (P49817)
                                MARGARET CONTI SCHMIDT (P42945)
                                MARIA GOTSIS (P67107)
                                719 Griswold Street
                                1100 Dime Building
                                Detroit, MI  48226
                                (313) 962-5035
                                notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| | CASE NO. 11-53376-SWR |
| MARILYN FESSLER, | JUDGE STEVEN W RHODES |
| Debtor. | |
| _____/ | |

### **CERTIFICATE OF MAILING**

      I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

CHARLES TAUNT
700 E MAPLE RD 2ND FL
BIRMINGHAM, MI 48009-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

MARILYN FESSLER
7045 CEDARBANK DRIVE
WEST BLOOMFIELD, MI 48324-0000


July 27, 2011                  /s/ Barbara A. Ecclestone
                                 Barbara A. Ecclestone
                                 For the Office of the Chapter 13 Trustee-Detroit
                                 719 Griswold Street
                                 1100 Dime Building
                                 Detroit, MI 48226
                                 (313) 962-5035
                                 notice@det13ksc.com