UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
MARILYN FESSLER

    Debtor.                                     Case No.     11-53376
                                                         Chapter 13
                                                         Hon. Steven W. Rhodes

_____

**OBJECTION OF BELFOR USA GROUP, INC.
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Belfor USA Group, Inc. ("Belfor") by its attorneys, Jaffe, Raitt, Heuer & Weiss, Professional Corporation, objects to the confirmation of the Chapter 13 Plan of Marilyn Fessler (the "Debtor"), and states:

1.    On May 10, 2011, the Debtor filed a petition ("Petition") for relief under Chapter 13 of the Bankruptcy Code (the "Petition Date").

2.    On May 24, 2011, the Debtor filed her Summary of Schedules and Statement of Financial Affairs ("Schedules"). [Doc. No. 11].

3.    On May 24, 2011, the Debtor filed her Chapter 13 Plan ("Plan"). [Doc. No. 13]. Pursuant to the Plan, the Debtor proposed to make a single payment in the amount of $5,833.00 and 35 monthly payments of $24.80. The Debtor proposes to pay general unsecured claims 2.6% under the Plan.

4.    On July 20, 2011, Belfor filed its Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1307 ("Motion to Dismiss"). [Doc. No. 23].

5.    On July 27, 2011, the Chapter 13 Trustee ("Trustee") filed her Objection to Confirmation of Chapter 13 Plan ("Trustee Objection"). [Doc. No. 26].

## OBJECTIONS TO CHAPTER 13 PLAN

6. The Plan cannot be confirmed because the Plan does not comply with sections 1322 and 1325 of the Bankruptcy Code.

7. The Plan violates these provisions as follows:

   A) The Plan provides that the Debtor will remit $5,833.00 in the first month with $24.80 in the remaining 35 months. Belfor objects as the monthly payments under the Plan are unusually low.

   B) The Debtor's entire budget for a family of five is only $1,600.20 per month. Belfor objects to the feasibility of the Debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

   C) The Debtor's Petition and Plan are not made in good faith and Belfor incorporates the facts and legal arguments set forth in its Motion to Dismiss as if fully stated herein. Accordingly, Belfor objects to the Plan pursuant to 11 U.S.C. § 1325(a)(3) and (7).

   D) Belfor incorporates by reference the additional objections made by the Trustee in her Objection as if fully stated herein. [Doc. No. 26].

8. Under section 1325(a)(1) of the Bankruptcy Code, a plan can be confirmed only if it complies with the applicable provisions of chapter 13 and the rest of the Bankruptcy Code. In this case, for the reasons stated above, the Plan does not comply with the applicable provisions of Chapter 13 and the rest of the Bankruptcy Code. Accordingly, the Debtor's Plan can not be confirmed.

9. Belfor reserves its right to supplement this Objection in the event that additional facts are discovered from the Debtor.

WHEREFORE, Belfor USA Group, Inc. respectfully requests that should this Court deny Belfor's Motion to Dismiss that the Court deny confirmation of Debtor's Chapter 13 Plan and grant such other relief as is just and appropriate.

JAFFE RAITT HEUER & WEISS, P.C.


By: /s/ Jonathan C. Myers
Jonathan C. Myers (P69972)
Alicia Schehr (P54236)
Attorneys for Belfor USA Group, Inc.
27777 Franklin Road, Suite 2500
Southfield, MI 48934
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
jmyers@jaffelaw.com
aschehr@jaffelaw.com

Dated: August 5, 2011