# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## COVER SHEET FOR AMENDMENTS

**CASE NAME:** Marilyn Fessler

**CASE NUMBER:** 11-53376

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

### The purpose of this amendment is to:

☒ Add creditors to schedule(s) F. How many? 1
(Use second page of this form to list creditors added).

    ☒ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☒ Other: Amend Schedule F and the matrix. Only one creditor is being added to Schedule F. The remainder of the creditors being added to the matrix were not uploaded correctly after the skeleton filing, but are already on schedules.

☒ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☒ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears): _____

                                                           (Please print)

Previous address:                                    Please change to:

_____                 _____

_____                 _____

**NAME OF CREDITOR** (As it now appears): _____

                                                             (Please print)

Previous address:                                    Please change to:

_____                 _____

_____                 _____

**NAME OF CREDITOR** (As it now appears): _____

                                                             (Please print)

Previous address:                                    Please change to:

_____                 _____

_____                 _____

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):   Comerica Bank _____

                                                             (Please print)

Address        500 Woodward Avenue

                4th Floor

                Detroit, MI 48226

**NAME OF CREDITOR** (As it now appears):   Creative Steps Learning Center

                                                             (Please print)

Address        7045 Cedarbank Avenue

                West Bloomfield, MI 48324

## FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

                       Signature:    /s/ Erika D. Hart

                                        Erika D. Hart P67457

                                        Name of Attorney
                                        700 East Maple Road
                                        Second Floor
                                        Birmingham, MI 48009
                                        248-644-7800

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:         Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:         Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address:         Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):     Don Chadwick

(Please print)

Address     344 S. Broadway

Lake Orion, MI 48362

**NAME OF CREDITOR** (As it now appears):     Elizabeth Smith

(Please print)

Address     PO Box 935

Union Lake, MI 48387

**NAME OF CREDITOR** (As it now appears):     Ford Credit

(Please print)

Address     PO Box 55000

Dept. 267901

Detroit, MI 48255

**NAME OF CREDITOR** (As it now appears):     Platte Valley Medical Center

                                                          (Please print)

Address     1600 Prairie Center Parkway

            Brighton, CO 80601


                                    Signature:     /s/ Erika D. Hart

                                                   Erika D. Hart P67457

                                                   Name of Attorney
                                                   700 East Maple Road
                                                   Second Floor
                                                   Birmingham, MI 48009
                                                   248-644-7800

                                                   ehart@tauntlaw.com

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/ Marilyn Fessler

Marilyn Fessler

Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

In re  Marilyn Fessler                                          ,  Case No.  11-53376
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>Belfor USA Group, Inc.<br>c/a Hyman Lippitt, PC<br>322 N Old Woodward<br>Birmingham, MI 48009 | - | | | | alleged debt relating to Creative Steps Learning Center, Inc. | X | X | X | 142,800.00 |
| Account No.<br><br>Comerica Bank<br>500 Woodward Avenue<br>4th Floor<br>Detroit, MI 48226 | - | | | | 2009/2010<br>merchant services | X | | X | Unknown |
| Account No.<br><br>Don Chadwick<br>344 S. Broadway<br>Lake Orion, MI 48362 | - | | | | accounting services | | | | 300.00 |
| Account No.<br><br>Elizabeth Smith<br>PO Box 935<br>Union Lake, MI 48387 | - | | | | personal loans | | | | 7,500.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 150,600.00 |

   1    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          S/N:34692-110729   Best Case Bankruptcy

In re    Marilyn Fessler                                                                    Case No.    11-53376
                                   Debtor                          ,

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Ford Credit  PO Box 55000, Dept.267901  Detroit, MI 48255 | | - | | 1998/2000  Lease obligation | | | | 450.00 |
| Account No. xxxxxxxx4352  Kohls/capone  Po Box 3115  Milwaukee, WI 53201 | | - | | Opened  1/01/06  Last Active  6/10/06  ChargeAccount | | | | 364.00 |
| Account No.  Platte Valley Medical Center  1600 Prairie Center Parkway  Brighton, CO 80601 | | - | | Medical Bill | | | | Unknown |
| Account No.  PNC Bank  PO Box 54828  Los Angeles, CA 90054 | X | - | | personal guaranty on mortgage for real property located at 891 Union Lake Road | X | X | | Unknown |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal  (Total of this page) | 814.00 |
| | Total  (Report on Summary of Schedules) | 151,414.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy