In re
MARILYN FESSLER

    Debtor.　　　　　　　　　　　　Case No.　　11-53376
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Steven W. Rhodes
_____

## STIPULATION TO EXTEND TIME FOR BELFOR USA GROUP, INC. TO FILE COMPLAINT DETERMINING DISCHARGEABILITY OF A DEBT

Belfor USA Group, Inc. ("Belfor") and Debtor Marilyn Fessler, through their counsel, hereby stipulate to extend the time for Belfor to object to Debtor's discharge or to challenge dischargeability of certain debts to August 26, 2011, as set forth in the attached proposed Order.

Stipulated and Agreed to:

/s/ Jonathan C. Myers　　　　　　　　　　　/s/ Erika D. Hart (w/consent)
JONATHAN C. MYERS (P69972)　　　　　　Erika D. Hart
JAFFE RAITT HEUER & WEISS　　　　　　　Charles J. Taunt & Associates, PLLC
Attorney for Belfor　　　　　　　　　　　　Attorneys for Debtor
27777 Franklin Rd., Suite 2500　　　　　　　700 E. Maple Road, Second Floor
Southfield, Michigan 48034-8214　　　　　　Birmingham, MI 48009
248-351-3000　　　　　　　　　　　　　　(248) 644-7800 (main)
248-351-3082 fax　　　　　　　　　　　　(248) 644-0950 (direct)
　　　　　　　　　　　　　　　　　　　　(877) 396-2710 (fax)

Dated: August 18, 2011