UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
MARILYN FESSLER

    Debtor.                                   Case No.     11-53376
                                             Chapter 13
                                           Hon. Steven W. Rhodes

_____

**ORDER EXTENDING TIME FOR BELFOR USA GROUP, INC. TO OBJECT TO DISCHARGEABILITY OF A DEBT AND/OR OBJECT TO DISCHARGE**

    The parties having stipulated to the entry of this Order and the Court being otherwise fully advised in the premises;

    **WHEREFORE**, pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines [Doc. No. 6], the deadline to object to Debtor's discharge or to challenge dischargeability of certain debts is August 23, 2011;

    **WHEREFORE**, Belfor has filed a Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1307 ("Motion to Dismiss") requesting that the Court dismiss the Debtor's bankruptcy case;

    **WHEREFORE**, the Debtor has objected to Belfor's Motion to Dismiss and the Court has scheduled a hearing on the Motion to Dismiss for August 24, 2011;

    **WHEREFORE,** the deadline to object to Debtor's discharge or to challenge dischargeability of certain debts expires the day before the hearing on the Motion to Dismiss;

    **WHEREFORE**, the parties agree that cause exists to extend the deadline to object to Debtor's discharge or to challenge dischargeability of certain debts to August 26, 2011—a date following the hearing on the Motion to Dismiss;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that cause exists for the modest extension stipulated to by the parties and that the deadline for Belfor to object to Debtor's discharge or to challenge dischargeability of certain debts is August 26, 2011; and

**IT IS FURTHER ORDERED** that this Order shall not prohibit Belfor from seeking an additional extension of time to file its complaint objecting to Debtor's discharge or to challenge dischargeability of certain debts at the hearing on Belfor's Motion to Dismiss.

**IT IS SO ORDERED**.

.

**Signed on August 19, 2011**

                                              **/s/ Steven Rhodes**
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**