# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Marilyn Fessler                       Case No. 11-53376
                                             Chapter 13
                                             Honorable Steven W. Rhodes

       Debtor.
_____/

## STIPULATION TO ADJOURN EVIDENTIARY HEARING, ADJOURN CONFIRMATION OF PLAN AND EXTEND TIME FOR BELFOR USA GROUP, INC TO FILE AN OBJECTION TO DEBTOR'S DISCHARGE OR TO CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS

The Chapter 13 Trustee, Debtor, Marilyn Fessler and Creditor, Belfor USA Group, Inc, through their undersigned counsel, stipulate that the entry of the attached order and the terms and provisions thereof.

STIPULATED BY AND BETWEEN:

| CHAPTER 13 TRUSTEE | CHARLES J. TAUNT & ASSOCIATES, PLLC |
|---|---|
| By:/s/ Krispen S. Carroll | By:/s/ Erika D. Hart |
| Chapter 13 Trustee | Attorney for Debtor |
| 719 Griswold St. | 700 E. Maple Road, 2nd Floor |
| 1100 Dime Building | Birmingham, MI 48009 |
| Detroit, MI 48226 | (248) 644-7800 |
| (313) 962-3-35 | ehart@tauntlaw.com |
| krispen@det13ksc.com | (P67457) |
| (P49817) | |

BELFOR USA GROUP, INC.

By: /s/ Jonathan C. Myers
Jonathan C. Myers
Jaffe, Raitt, Heuer & Weiss
Attorney for Belfor
27777 Franklin Rd., Suite 2500
Southfield, Michigan 48034-8214
248-351-3000
248-351-3082 fax
(P69972)

Dated: September 14, 2011

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Marilyn Fessler   Case No. 11-53376
                  Chapter 13
                  Honorable Steven W. Rhodes

    Debtor.
_____/

## ORDER UPON STIPULATION TO ADJOURN EVIDENTIARY HEARING, ADJOURN CONFIRMATION OF PLAN AND EXTEND TIME FOR BELFOR USA GROUP, INC TO FILE AN OBJECTION TO DEBTOR'S DISCHARGE OR TO CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS

THIS MATTER having come before the Court upon the stipulation of the parties filed in this case; Chapter 13 Trustee, Krispen S. Carroll, Debtor, Marilyn Fessler, and Creditor, Belfor Group, Inc, having agreed to the following and the Court being otherwise duly advised in the premises; Now, therefore:

IT IS ORDERED that the due to discussions of a potential settlement, the evidentiary hearing regarding Belfor USA Group, Inc's Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1307 scheduled for September 20, 2011 at 9:00 am will be adjourned to November 3 at 9:30 am.

IT IS FURTHER ORDERED that the confirmation hearing will be adjourned from October 5, 2011 at 9:00 am to November 16, 2011 at 9:00 am.

IT IS FURTHER ORDERED that the deadline for Belfor USA Group, Inc. to file an objection to the Debtor's discharge or to challenge dischargeability of certain debts will be extended from October 4, 2011 to November 10, 2011.