# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Marilyn Fessler                                   Case No. 11-53376
                                                      Chapter 13
                                                      Honorable Steven W. Rhodes

        Debtor.
_____/

## ORDER UPON STIPULATION TO ADJOURN EVIDENTIARY HEARING, ADJOURN CONFIRMATION OF PLAN AND EXTEND TIME FOR BELFOR USA GROUP, INC TO FILE AN OBJECTION TO DEBTOR'S DISCHARGE OR TO CHALLENGE DISCHARGEABILITY OF CERTAIN DEBTS

THIS MATTER having come before the Court upon the stipulation of the parties filed in this case; Chapter 13 Trustee, Krispen S. Carroll, Debtor, Marilyn Fessler, and Creditor, Belfor Group, Inc, having agreed to the following and the Court being otherwise duly advised in the premises; Now, therefore:

IT IS ORDERED that the due to discussions of a potential settlement, the evidentiary hearing regarding Belfor USA Group, Inc's Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1307 scheduled for September 20, 2011 at 9:00 am will be adjourned to November 3 at 9:30 am.

IT IS FURTHER ORDERED that the confirmation hearing will be adjourned from October 5, 2011 at 9:00 am to November 16, 2011 at 9:00 am.

IT IS FURTHER ORDERED that the deadline for Belfor USA Group, Inc. to file

an objection to the Debtor's discharge or to challenge dischargeability of certain debts will be extended from October 4, 2011 to November 10, 2011.

.

**Signed on September 15, 2011**

                                                                      /s/ Steven Rhodes
                                                                      **Steven Rhodes**
                                                                       **United States Bankruptcy Judge**