# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Marilyn Fessler                                       Case No. 11-53376
                                                                                 Chapter 13
                                                                                 Honorable Steven W. Rhodes

        Debtor.
_____/

## EX-PARTE JOINT MOTION TO ADJOURN EVIDENTIARY HEARING AND RELATED DATES

       Marilyn E. Fessler through her counsel, Charles J. Taunt & Associates, PLLC and Belfor USA Group, Inc., through their counsel Jaffe, Raitte, Heuer & Weiss, PC hereby file this Ex-Parte Joint Motion to Adjourn Evidentiary Hearing and Related Dates in support thereof state as follows:

       1.      On May 10, 2011, Marilyn E. Fessler filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code (the "Petition Date").

       2.      On July 20, 2011, Belfor USA Group, Inc. filed a Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1307.

       3.      On September 15, 2011 the Order upon Stipulation to Adjourn Evidentiary Hearing, Adjourn Confirmation of Plan Hearing and Extend Time for Belfor USA Group, Inc. to file an Objection to Debtor's Discharge or to Challenge Dischargability of Certain Debts was entered to allow time for settlement discussions.

       4.      The parties have been undertaking negotiations regarding settlement of this matter. Ironically, Erika D. Hart and Jonathan C. Myers, the two attorneys handling the instant matter before the Bankruptcy Court, both represent different defendants in the same litigation involving multimillion dollar guaranties with trial set for November 21,

22 and 23 of this year in Oakland County Circuit Court. For this and other reasons, the parties have agreed that an extension of the deadlines in this case would potentially allow for meaningful settlement discussions to continue.

The parties have contacted the office for the Chapter 13 Trustee in this case, which has indicated that it cannot stipulate to a second adjournment, but did not object and provided respective adjourned dates.

As such, the parties request that the following dates be amended as follows:

    a.    The Evidentiary Hearing is adjourned from November 3, 2011 at 9:30 am to December 8, 2011 at 9:30 am.

    b.    The Chapter 13 Confirmation Hearing will be adjourned from November 16, 2011 at 9:00 am to December 21, 2011 at 9:00 am.

    c.    The Deadline for Belfor USA Group, Inc. to file an Objection to Debtor's Discharge or to Challenge Dischargability of Certain Debts will be adjourned from November 10, 2011 to December 15, 2011.

    5.    All parties have agreed that the adjournment of dates proposed herein is appropriate and file this joint motion seeking entry of an order to this effect.

WHEREFORE, Marilyn E. Fessler and Belfor USA Group, Inc., through their respective counsel request that the Court grant the relief requested herein.

| | |
|---|---|
| CHARLES J. TAUNT & ASSOCIATES, PLLC | JAFFE, RAITT, HEUER & WEISS |
| By: /s/ Erika D. Hart<br>Attorney for Debtor<br>700 E. Maple Road, 2nd Floor<br>Birmingham, MI 48009<br>(248) 644-7800<br>ehart@tauntlaw.com<br>(P67457) | By: /s/ Jonathan C. Myers<br>Attorney for Belfor USA Group<br>27777 Franklin Rd., Suite 2500<br>Southfield, Michigan 48034-8214<br>248-351-3000<br>jmyers@jaffelaw.com<br>(P69972) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Marilyn Fessler                                           Case No. 11-53376
                                                                             Chapter 13
                                                                             Honorable Steven W. Rhodes

            Debtor.
_____/

## EX-PARTE JOINT MOTION ORDER ADJOURNING EVIDENTIARY HEARING AND RELATED DATES

This matter having come before the Court upon the Ex-Parte Joint Motion to Adjourn Evidentiary Hearing and Related Dates, the Court finding cause to grant the relief requested, and otherwise being fully advised of the premises, IT IS ORDERED:

      1.      The Evidentiary Hearing is adjourned from November 3, 2011 at 9:30 am to December 8, 2011 at 9:30 am.

      2.      The Chapter 13 Confirmation Hearing will be adjourned from November 16, 2011 at 9:00 am to December 21, 2011 at 9:00 am.

      3.      The Deadline for Belfor USA Group, Inc. to file an Objection to Debtor's Discharge or to Challenge Dischargability of Certain Debts will be adjourned from November 10, 2011 to December 15, 2011.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

Marilyn Fessler,                                Case No. 11-53376
                                                Chapter 13
                                                Honorable Steven W. Rhodes

        Debtor.
_____/

## AFFIDAVIT OF ERIKA D. HART, ESQ. IN SUPPORT OF EX-PARTE JOINT MOTION TO ADJOURN EVIDENTIARY HEARING AND RELATED DATES

1. I, Erika D. Hart, of Charles J. Taunt & Associates, PLLC am counsel for Debtor Marilyn Fessler in this pending Chapter 13 case.

2. Myself and Jonathan Myers, Esq. of Jaffe, Raitt, Heuer & Weiss, counsel for Belfor USA Group, Inc. in this matter, are counsel for separate defendants in the consolidated cases of *Dime, LLC v. Basim Binno et al.*, Case No. 09-106477-CK, Oakland Country Circuit Court and *Dime, LLC v. Griswold Building, LLC et al.*, Case No. 09-106478-CK, Oakland County Circuit Court, respectively. These matters are set for a consolidated trial before Judge Edward Sosnick on November 21, 22, and 23, 2011.

3. In addition, Ms. Fessler and Belfor USA Group, Inc. have been engaged in settlement discussions, through their respective counsel, and further adjournment of the pending evidentiary hearing would allow for additional meaningful settlement discussions which may obviate the need for an evidentiary hearing in this case.

4. Given the looming trial on multimillion dollar guaranty liability in Oakland County Circuit Court involving both attorneys of record, as well as the potential

for settlement in this case, I believe an adjournment of the evidentiary hearing and related dates is appropriate.

                                    CHARLES J. TAUNT & ASSOCIATES, PLLC

                                    /s/ Erika D. Hart
                                    Attorney for Debtor
                                    700 East Maple Road, Second Floor
                                    Birmingham, MI 48009
                                    (248) 644-7800
                                    ehart@tauntlaw.com
Dated: October 27, 2011                (P67457)

Subscribed and sworn to before me
this 27 October 2011
/s/ Sandra DeWitte
Notary Public
Oakland County, Michigan, Acting in
Oakland County, Michigan
My commission expires: 11/03/2013