# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Marilyn Fessler   Case No. 11-53376
 Chapter 13
 Honorable Steven W. Rhodes

    Debtor.
_____/

## EX-PARTE JOINT MOTION ORDER ADJOURNING EVIDENTIARY HEARING AND RELATED DATES

This matter having come before the Court upon the Ex-Parte Joint Motion to Adjourn Evidentiary Hearing and Related Dates, the Court finding cause to grant the relief requested, and otherwise being fully advised of the premises, IT IS ORDERED:

1. The Evidentiary Hearing is adjourned from November 3, 2011 at 9:30 am to December 8, 2011 at 9:30 am.

2. The Chapter 13 Confirmation Hearing will be adjourned from November 16, 2011 at 9:00 am to December 21, 2011 at 9:00 am.

3. The Deadline for Belfor USA Group, Inc. to file an Objection to Debtor's Discharge or to Challenge Dischargability of Certain Debts will be adjourned from November 10, 2011 to December 15, 2011.

.

**Signed on October 27, 2011**

                                          /s/ Steven Rhodes
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**