UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
MARILYN FESSLER

    Debtor.

Case No.    11-53376
Chapter 13
Hon. Steven W. Rhodes

_____

## NOTICE OF PENDING SETTLEMENT OF MOTION TO DISMISS

The parties have entered into a settlement in the above-captioned matter and are in the process of documenting such settlement in order to resolve the pending Motion to Dismiss [Doc. No. 23]. Upon full execution of the settlement agreement, the parties intend to file the necessary papers to dismiss the pending Motion to Dismiss and the Debtor's Chapter 13 case.

| CHARLES J. TAUNT & ASSOCIATES | JAFFE, RAITT, HEUER & WEISS |
|---|---|
| By: /s/ Erika D. Hart | By: /s/ Jonathan C. Myers |
|     Erika D. Hart (P67457) |     Jonathan C. Myers (P69972) |
|     Attorneys for Debtor |     Attorneys for Belfor USA Group, Inc. |
| Charles J. Taunt & Associates, PLLC | Jaffe, Raitt, Heuer & Weiss, PC |
| 700 E Maple Rd Fl 2 | 27777 Franklin Road, Suite 2500 |
| Birmingham, MI 48009 | Southfield, MI 48034 |
| (248) 644-7800 | (248) 727-1432 |
| ehart@tauntlaw.com | jmyers@jaffelaw.com |

Date: December 7, 2011