UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
MARILYN FESSLER

    Debtor.

Case No. 11-53376
Chapter 13
Hon. Steven W. Rhodes

## STIPULATION TO EXTEND TIME FOR BELFOR USA GROUP, INC. TO FILE COMPLAINT DETERMINING DISCHARGEABILITY OF A DEBT

Belfor USA Group, Inc. ("Belfor") and Debtor Marilyn Fessler, through their counsel, hereby stipulate to extend the time for Belfor to object to Debtor's discharge or to challenge dischargeability of certain debts to December 22, 2011, as set forth in the attached proposed Order.

Stipulated and Agreed to:

/s/ Jonathan C. Myers
JONATHAN C. MYERS (P69972)
JAFFE RAITT HEUER & WEISS
Attorney for Belfor
27777 Franklin Rd., Suite 2500
Southfield, Michigan 48034-8214
248-351-3000
248-351-3082 fax

/s/ Erika D. Hart (w/consent)
Erika D. Hart
Charles J. Taunt & Associates, PLLC
Attorneys for Debtor
700 E. Maple Road, Second Floor
Birmingham, MI 48009
(248) 644-7800 (main)
(248) 644-0950 (direct)
(877) 396-2710 (fax)

Dated: December 14, 2011