UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re
MARILYN FESSLER

    Debtor.                                     Case No.     11-53376
                                                                       Chapter 13
                                                                       Hon. Steven W. Rhodes

_____

**ORDER EXTENDING TIME FOR BELFOR USA GROUP, INC. TO OBJECT TO DISCHARGEABILITY OF A DEBT AND/OR OBJECT TO DISCHARGE**

     The parties having stipulated to the entry of this Order and the Court being otherwise fully advised in the premises;

     **WHEREFORE**, Belfor has filed a Motion to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. § 1307 ("Motion to Dismiss") requesting that the Court dismiss the Debtor's bankruptcy case;

     **WHEREFORE**, the parties have entered into a settlement resolving the Motion to Dismiss and are in the process of finalizing the necessary documents;

     **WHEREFORE,** the deadline to object to Debtor's discharge or to challenge dischargeability of certain debts is December 15, 2011 and the parties anticipate that the settlement documents will not be finalized by that date;

     **WHEREFORE**, the parties agree that cause exists to extend the deadline to object to Debtor's discharge or to challenge dischargeability of certain debts to December 22, 2011;

     **NOW, THEREFORE, IT IS HEREBY ORDERED** that cause exists for the modest extension stipulated to by the parties and that the deadline for Belfor to object to Debtor's discharge or to challenge dischargeability of certain debts is December 22, 2011.

     **IT IS SO ORDERED**.
.

**Signed on December 14, 2011**

                                                                            _/s/ Steven Rhodes_
                                                                             **Steven Rhodes**
                                                                             **United States Bankruptcy Judge**