# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

Marilyn Fessler                                        Case No. 11-53376
                                                       Chapter 13
                                                       Honorable Steven W. Rhodes

        Debtor.

_____/

## STIPULATION OF DEBTOR AND DEBTOR'S COUNSEL REGARDING MANNER OF REFUND IN DISMISSED CASE

Debtor, Marilyn Fessler and her counsel, Charles J. Taunt & Associates, PLLC,

stipulate to entry of this Order.

STIPULATED BY AND BETWEEN:

                                CHARLES J. TAUNT & ASSOCIATES, PLLC

                                /s/ Erika D. Hart
                                Attorney for Trustee
                                700 East Maple Road, Second Floor
                                Birmingham, MI 48009
                                (248) 644-7800
                                ehart@tauntlaw.com
                                (P67457)

Dated: January 24, 2012

                                /s/ Marilyn Fessler
                                Marilyn Fessler

In re:

Marilyn Fessler                                       Case No. 11-53376
                                                      Chapter 13
                                                      Honorable Steven W. Rhodes

      Debtor.

_____/

### STIPULATION OF DEBTOR AND DEBTOR'S COUNSEL REGARDING MANNER OF REFUND IN DISMISSED CASE

THIS MATTER having come before the Court upon the stipulation of Debtor, Marilyn Fessler and her counsel, Charles J. Taunt & Associates, PLLC, and the Court being otherwise duly advised in the premises; Now, therefore:

IT IS ORDERED that any refund to the Debtor by the Chapter 13 Trustee after dismissal of this case shall be made in a joint check to "Marilyn Fessler and Charles J. Taunt & Associates, PLLC". Charles J. Taunt & Associates, PLLC agrees that is waives its claim for legal fees against the Chapter 13 estate and that the refund described herein is not to be used for legal fees.