# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Marilyn Fessler

    Debtor.

_____/

Case No. 11-53376
Chapter 13
Honorable Steven W. Rhodes

**ORDER APPROVING STIPULATION OF DEBTOR AND DEBTOR'S COUNSEL REGARDING MANNER OF REFUND IN DISMISSED CASE**

THIS MATTER having come before the Court upon the stipulation of Debtor, Marilyn Fessler and her counsel, Charles J. Taunt & Associates, PLLC, and the Court being otherwise duly advised in the premises; Now, therefore:

IT IS ORDERED that any refund to the Debtor by the Chapter 13 Trustee after dismissal of this case shall be made in a joint check to "Marilyn Fessler and Charles J. Taunt & Associates, PLLC". Charles J. Taunt & Associates, PLLC agrees that is waives its claim for legal fees against the Chapter 13 estate and that the refund described herein is not to be used for legal fees.

.

**Signed on January 25, 2012**

                                                /s/ Steven Rhodes
                                              **Steven Rhodes**
                                              **United States Bankruptcy Judge**